An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BYRON JAMES FORE,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE; AND THE HONORABLE STEVE
L. DOBRESCU, DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA IN
RELATION TO THE NEVADA
DEPARTMENT OF CORRECTIONS;
AND JAMES G. COX, DIRECTOR,
INDIVIDUALLY AND OFFICIALLY,
Real Parties in Interest.

No. 63858

**FILED**

SEP 20 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a proper person petition for writ of mandamus docketed in this court on August 23, 2013, without payment of the requisite filing fee. On August 23, 2013, petitioner submitted an application to proceed in forma pauperis.[1] On September 6, 2013, petitioner submitted a proper person request for voluntary dismissal of this petition. Accordingly, cause appearing, petitioner's motion is granted and this petition is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

---

[1]In light of petitioner's request for dismissal of this petition, no action will be taken on the motion to proceed in forma pauperis.

13-28093

cc: Hon. Steve L. Dobrescu, District Judge
Byron James Fore
Attorney General/Carson City
White Pine County Clerk